IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURAINE FOGARTY,

      Plaintiff,                                       CIV. NO. S-07-0688 MCE GGH

   vs.

HSM ELECTRONIC PROTECTION SERVICES,

      Defendant.                                     ORDER

_____/

        Defendant's ex parte application for order shortening time in regard to its motion to compel mental examination is before the court. Discovery in this case ended on April 11, 2007. Although the district court's scheduling order permitted expert discovery after this date, this court does not view mental examinations under Fed. R. Civ. P 35 as expert discovery, especially since the expert disclosure date presumes that discovery has been completed prior to the time the expert produces his report on June 12, 2007.

        This decision does not preclude defendant from seeking modification of the scheduling order before the district judge.

        Accordingly, IT IS ORDERED that:

        1. Defendant's application for order shortening time, filed May 14, 2008, is denied.

1

2. Defendant's motion to compel mental exam is vacated from this court's calendar for June 5, 2008, without prejudice to its later renewal.

DATED: 05/15/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Fogarty 0688.ost.wpd