1  Kevin R. Crisp (Bar No. 97504)
   Margaret J. Grover (Bar No. 112701)
2  Africa E. Davidson (Bar No. 225680)
   HAIGHT, BROWN & BONESTEEL, L.L.P.
3  71 Stevenson Street, 20th Floor
   San Francisco, California 94105-2981
4  Telephone: 415.546.7500
   Facsimile:  415.546.7505
5
   Attorneys for Defendant HSM ELECTRONIC
6  PROTECTION SERVICES incorrectly sued as
   HONEYWELL SECURITY MONITORING
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | LAURAINE FOGARTY,              | Case No. 2:07-cv-00688 MCE GGH |
12 | Plaintiff,                     | **STIPULATION TO ENGAGE IN FURTHER DISCOVERY** |
   | vs.                            |                                |
13 |                                |                                |
14 | HSM ELECTRONIC PROTECTION SERVICES, | Judge:  Hon. Morrison C. England |
15 | Defendant.                     | Complaint Filed:  April 11, 2007 |
   |                                | Trial Date:       May 4, 2009 |

16

17         WHEREAS Plaintiff Lauraine Fogarty alleges that, after her deposition was concluded, she

18  was unable to retain her position at Maric College as the result of injuries suffered while employed

19  with Defendant HSM Electronic Protection Services; and

20         WHEREAS Tauni Wallace was uncooperative in scheduling her deposition prior to the

21  close of discovery;

22         IT IS HEREBY STIPULATED by and between Plaintiff Lauraine Fogarty and Defendant

23  HSM Electronic Protection Services, through their respective attorneys of record, as follows:

24         1.      A further deposition of Plaintiff Lauraine Fogarty may be taken as to those injuries

25  and damages that Ms. Fogarty claims to have suffered after the conclusion of her deposition in this

26  action.

27         2.      Defendant may take the deposition of Ms. Fogarty's last treating physician,

28  Dr. Ripudaman Beniwal, and subpoena Dr. Beniwal's records;

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000301
3392669.1

1
Case No.  CV-07-00688 MCE GGH
STIPULATION RE: DISCOVERY

PDF created with pdfFactory trial version www.pdffactory.com

1       3.      Defendant may subpoena Plaintiff's employment records from Maric College; and

2       4.      Plaintiff may take the deposition of Tauni Wallace.

3       The parties further agree that, for purposes of this Stipulation only, signatures of counsel via facsimile are acceptable.

Dated: May 21, 2008                             HAIGHT, BROWN & BONESTEEL, L.L.P.


                                                By: _____
                                                    Margaret J. Grover
                                                    Africa E. Davidson
                                                    Attorneys for Defendant
                                                    HSM ELECTRONIC PROTECTION
                                                    SERVICES incorrectly sued as
                                                    HONEYWELL SECURITY
                                                    MONITORING


Dated: May 21, 2008                             LAW OFFICE OF RICHARD M. ROGERS


                                                By: _____
                                                    Richard M. Rogers
                                                    Attorney for Plaintiff
                                                    LAURAINE FOGARTY

All previous dates set by the Court will remain in full force and effect.

IT IS SO ORDERED.

DATED: May 27, 2008

                                                _____
                                                MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000301
3392669

2

Case No.  CV-07-00688 MCE GGH
STIPULATION RE: DISCOVERY

PDF created with pdfFactory trial version www.pdffactory.com