Kevin R. Crisp (Bar No. 97504)
Margaret J. Grover (Bar No. 112701)
Africa E. Davidson (Bar No. 225680)
HAIGHT, BROWN & BONESTEEL, L.L.P.
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone:  415.546.7500
Facsimile:  415.546.7505

Attorneys for Defendant HSM ELECTRONIC
PROTECTION SERVICES incorrectly sued as
HONEYWELL SECURITY MONITORING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURAINE FOGARTY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HONEYWELL SECURITY MONITORING,<br><br>　　　　Defendant. | Case No. CV-07-00688 MCE GGH<br><br>**JOINT REQUEST FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Judge:  Hon. Morrison C. England<br><br>Complaint Filed:  April 11, 2007<br>Trial Date:　　　　May 4, 2009 |

　　　　WHEREAS counsel for Plaintiff Lauraine Fogarty, Richard Rogers, will be unavailable from August 16, 2008 through September 7, 2008, and has requested that Defendant HSM Electronic Protection Services, incorrectly sued as Honeywell Security Monitoring, file any dispositive motion after his return; and

　　　　WHEREAS the Court has continued the trial date until May 9, 2009 to accommodate the Court's schedule; and,

　　　　WHEREAS counsel for Defendant HSM Electronic Protection Services, Inc. is willing to accommodate Mr. Rogers' schedule; and,

　　　　WHEREAS no party will be prejudiced as the result of such accommodation;

　　　　NOW THEREFORE Defendant HSM Electronic Protection Services and Plaintiff Lauraine Fogarty, by and through their respective attorneys of record, jointly request that

1 | the Court modify the Pretrial Scheduling Order, to have the last date for hearing
2 | dispositive motions be no later than October 20, 2008.

4 | Dated: July 29, 2008                              HAIGHT, BROWN & BONESTEEL, L.L.P.

6 |                                                   By:
                                                        Margaret J. Grover
                                                        Africa E. Davidson
                                                        Attorneys for Defendant
                                                        HSM ELECTRONIC PROTECTION
                                                        SERVICES incorrectly sued as
                                                        HONEYWELL SECURITY
                                                        MONITORING

11 | Dated:  July 29, 2008                            LAW OFFICE OF RICHARD M. ROGERS

13 |                                                   By:
                                                        Richard M. Rogers
                                                        Attorney for Plaintiff
                                                        LAURAINE FOGARTY

16 | IT IS SO ORDERED.

17 | DATED: August 8, 2008

                                                        _____
                                                        MORRISON C. ENGLAND, JR
                                                        UNITED STATES DISTRICT JUDGE