UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAURAINE FOGARTY,　　　　　　　　　No. 2:07-cv-00688-MCE-GGH

       Plaintiff,

  v.　　　　　　　　　　　　　　**ORDER RE: SETTLEMENT AND DISPOSITION**

HONEYWELL SECURITY MONITORING,

       Defendant.
_____/

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled.[1]

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before February 20, 2009.

    Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

    IT IS SO ORDERED.

Dated: January 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In light of the Court's Order Re Settlement and Disposition, the March 20, 2009 Final Pretrial Conference and May 4, 2009 Jury Trial are vacated.