1   RICHARD M. ROGERS, #045843
    LAW OFFICE OF RICHARD M. ROGERS
2   100 Bush Street, #1980
    San Francisco, CA 94104
3   Telephone:     415/981-9788
    Facsimile:     415/981-9798
4   Email:       RogersRMR@aol.com

5

6   Attorneys for Plaintiff
    LAURAINE FOGARTY

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11

12   LAURAINE FOGARTY,      )    **CASE NO.:   CV-07-00688 MCE GGH**

13                        )

          Plaintiff,        )    Case filed:     04/11/07

14                        )    Trial date:     05/04/09

         v.                   )

15                        )

    HONEYWELL SECURITY     )    **ORDER OF DISMISSAL**

16   MONITORING,            )

                       )

17          Defendant.      )

18   _____ )

19

20        Pursuant to F.R.C.P. 41(a)(1), and the stipulation filed by the parties on February 17, 2009,

21   this action is dismissed with prejudice.

22        The Clerk is directed to close the file.

23        IT IS SO ORDERED.

24

25   Dated: February 20, 2009

26                           _____

                          MORRISON C. ENGLAND, JR.

27                           UNITED STATES DISTRICT JUDGE

28